**Joe WELLS, Appellant,**

v.

**CHRISTIAN HOSPITAL, Appellee.**

No. 03–3612.

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 6, 2004.

Decided Oct. 13, 2004.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

Joe Wells, St. Louis, MO, pro se.

Gretchen G. Rowan, J. Christopher Hesse, Bobroff & Hesse, St. Louis, MO, for Defendant–Appellee.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

Joe Wells appeals the district court's[1] adverse grant of summary judgment in his action under the Americans with Disabilities Act (ADA), 42 U.S.C. §§ 12101–12213, against his former employer. Having carefully conducted de novo review, *see Meyers v. Neb. Health and Human Servs.*, 324 F.3d 655, 658–59 (8th Cir.2003), we agree with the district court that the instant complaint is untimely, and that neither Wells's illness nor his lack of counsel during the period of time when he was required to file his suit justifies equitable tolling of the limitations period. We also find no abuse of discretion in the district court's refusal to appoint counsel for Wells in this case.

Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny Wells's pending motions.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.